Case: 4:26-cv-00412-NCC   Doc. #: 1   Filed: 03/23/26   Page: 1 of 16 PageID #: 1

RECEIVED

MAR 23 2026

BY MAIL



Rex S. Gunther
1010 W Columbia St
Farmington, MO 63640

3-10-26

GReetings, Your HoNoR,
REFERENCE; New Case
Needs New case
NUmbeR and a Judge.

Rex S. gunther
plaintiff
1010 W. Columbia St.
FaRMINGTON, MO.
63640-3902

wife: LISA KRoNeR
Ashlee Gamble,
AmbeR Jones,
BRooke Sellers,
lindsey theobald,
Raileen King,
SaRa KRummel,
PRaveeN Nimmagadda
DefendaNts
1010 W. Columbia St
FaRMINGTON, MO,
63640-3902
3902

All 7 defendants had plaintiff
iN CoNFeReNce Room FoR
monthly meeting on 3-10-26,
around 10:30 A.M. to 11:10 A.M.
and this team members oNly
lives on lies since plaintiff, a
foRmeR St. Louis CoeNty Police
officeR aloNe in patRol caR as
all officeRs weRe. plaintiffs
patRol aRea was fRom
KiRkwood, Mo. To Pacific, Mo.,
30 something miles and plaintiff

RECEIVED
BY MAIL

averaged 800 miles on a 8 hour shift. Plaintiff grew up in that area knowing all roads.

Plaintiff was only speaking truth to team to show him the federal law and the missouri state law that declares that a music teacher can diognsos someone a sex offender and a pediphile and writes that in to their medical chart and signs it Doctor David Schmidtha

then in just a few days that diagnosis was put into my Individual Treatment Plan and has been there for around 21 years.

A staff told me about 10 months later that they found out that David Schmidth was no doctor he lied he was only a music teacher and let him go. I then requested that order in my chart was a lie but as Ranking staff refused to remove it.

then in 2019, the director of sexual therapy department Doctor Nina Kirchner Phd, the only Real doctor in 2019, called me to her office and told me what she was typing into my permament computer file that I was no sex offender or

— 3 —

a pediphile that I was a sex
harmer to my wife, nothing with
children. She had me arrested
and I was only prosecuted
for being a sex harmer to
my wife. She then typed I
was never before any judge
in the world for anything
dealing with children. That
diagnosis of me being a sex
offender by a music teacher
was total lies. She also typed
and told me that she wrote 2
manuals for sex therapy
classes and I would still be in
those classes since she
included help with being
a sex harmer that I did
to my wife, no children in
any way. Also above
where I wrote about me
not being a sex offender
forgot also to write there
I was no pediphile.

Next, 2 years later I put into
record room the request
form of doctor's report
to give to my lawyer then
for a conditional release and
I got it by writing on it
as advised by DR. Kircher
these words "sexual
assesment of Rex S. Gunther
30191", this was in 2021. I
— over please —

— 4 —

got it given to me.

All these years as stated this treatment team lives on lies since they are refusing to take away all lies of a music teacher and put there the truth of a real doctor.

And over the years I have been punished for being a sex offender and a pedophile by July 8, 2025, Sara Krummel on team with other staff came into my room and took away from me that I had in my room for more than 15 years 200 or more items from me, then on 11-7-25, Ashlee Gamble and lindsey theobald with other staff took away from me around 300 items even 2, wallets I have had one in each suit coat pocket for about 18 years I had two wallets since I had to separate things in each wallet from all things in other wallet. these 2 team staff have to make sure all things in both wallets when they took them is put back in exact place. when they took them, if any is in wrong place both these

—5—

Team members each has to pay me within 3 months $10,000.00 for each; one out of place different then when they took my wallets.

For both these times mentioned in this litigation; July 8, 2025, and 11-7-25 all have to be Replaced in exact place these 2 times by 3 team members took everything. the wallets have already been mentioned will have all 3 team members will also have to pay Plaintiff for all items not in exact place at $10,000.00 for each item, also all things mentioned here for 2 dates of 7-8-25 and 11-7-25, will have to be Returned immediately since the diagnosis of sex offender and pediphile was only written by a music teacher since all team members Relish lies for about 6 to 18 years all team members have been constantly punish Plaintiff just like Plaintiff is being Refused a level 4 then to be able to get money each week to buy items from vending machine

Also, on 3-10-26, plaintiff asked Praveen Nimmagadda

— over, please —

did he ever Receive letter I mailed to him over a week ago all plaintiffs mail has to be given to Ashlee Gamble all the time she is one then committing a federal crime every week for 2 years they all will be mentioned later.

So, I told Praveen Nimmagadda what was in the letter that for around 18 years it stated that at this moment a possible order may be issued if he cant show me a federal law and a Missouri law that a music teacher can diagnose someone a sex offender and a pediphile and write that into clients medical chart and sign it Doctor David Schmidth" then a staff told Plaintiff that it was found out David Schmidth lied he was no doctor just a music teacher so staff told me they got Rid of him. But all these 18 years they have Refused to take away from my I.T.P. that David Schmidth wrote I was a sex offender and a pediphile take away and put in my I.T.P. what a real doctor Dr. Nina Kirchner RPhd wrote into my permament computer file that I was No sex offender or pediphile in

2019 when she called me to her office when she after stating about me not being a sex offender or a pediphile she typed into computer that I was arrested and prosecuted for being a sex harmer to my wife nothing with children in front of any judge in the world for anything about a child al my life. It was all lies by that music teacher, so when I was telling him about all these facts I sent to him a letter but it shows Ashlee Gamble, social worker didn't send his letter to him that I had postage on it which is also a federal crime, stopping the flow of mail not just mail employees but anyone it is a federal crime then as I was just talking to him Lindsey theobald RN Head Nurse of ward one grabbed me at my shoulder and was pulling me out of the room outside in hallway she told me I was punished for all that talking I lost my TV time for 24 hours then in hallway I kept telling her that it was illegal for her to punish me for just talking without

— 8 —

touching anyone then she punished me more by taking away my DVD player & time for also 24 hours.

Now to inform you Judge, about a U.S. Supreme Court's ruling of 1966 that all county police I was one told to us all so we all would know when to arrest someone or not.

It specified that any American citizen could yell, cuss, call names at someone or threaten someone and it they never touched one they were talking to they were protected by constitution freedom of speech and could not ever be punished in any manner. So the Team members violated twice in punishing me for talking truth without touching anyone. U.S. Supreme Court's ruling of 1966 also stated if one talking to someone and touches them they could be arrested for assault or be punished in any manner. So, since whole time I was informing Praveen Nimmagadda I never for one

~ 9 ~

single second touched him or any one else on team but Lindsey Theobald, RN, head nurse, ward one grabbed my shoulder and drag me out into hallway then gave me illegal 2 punishments.

So, for actual damages it be ordered that all 7 members of team be ordered that from one year date of team's violation date being 3-10-27 or sooner be paid to plaintiff $100,000.00 in total by then. If not if any member owns their home it will be ordered that they immediately have to sell home and all money goes towards $100,000.00 having to be paid to plaintiff no longer than 3-10-27. Also I just discovered a federal law titled "writ of garnishment" which states that judge can go to any bank account of any defendant even with another person's name on it and take out all money Judge wants to be given to plaintiff toward total of ordered of that $100,000.00 to plaintiff also judge can order all jewelry and vehicles be sold and all money be given to

—10—

the plaintiff towards the $100,000.00 that each of all team of ward one has to have paid $100,000.00 from each of 7 members to plaintiff all completely paid by 3-10-27.

Also anything written or submited has to be removed or black out to take away all lies of David Schmidth did in my medical chart years before

Again this team all 7 members thrive on Total lies not wanting to be seen or heard the truth as was Totally done to plaintiff by this team leaving David Schmidth order that plaintiff was a sex offender and a pediphile on plaintiff's I.T.P. that the treatment team 7 members follow all the time and as already mentioned all 7 team members has Totally punished plaintiff for about all 18 years from the music teacher wrote and Totally all years from 2019 refuse to put the actual truth from Dr. Nina Kirchner, Phd, director of sexual therapy class keeping so plaintiff can at all times be continually be punish by lies of a music Teacher instead of properly treatment that plaintiff really needed to be better with correct treatment being a sex harmer to

—11—

Receive all correct litature to be finally improved by all correct instructions.

Then in morning of 3-11-26, defendant was appearing to be calmed down, so; plaintiff, returned all before" done to her back to being all to regular things.

The 4 children and plaintiff were in parents room watching the T.V. when defendant, Lisa Kroner, brought breakfast to all of us.

Found out later at a hearing that at that time wifes nucked out and got into neighbor's truck and when he come out to go to work she had him take her to police and she passed charges on me for everything I did to stay alive and saying nothing about her coming at me with a butcher knife trying to kill me in which I never called police for what she did to me since being a former St. Louis County Police officer knowing she commited a serious 2 felonies; Attempted Murder and Assualt with a deadly weapon, so; for my love to her, and not for our 4 children to have to be without a mother I never called police.

— over please —

As was a; truth Recorded by DR. Nina Kirchner Phd his wife no children ever was before any judge in the world plaintiff never had anything to be presented before any judge involving children as typed into plaintiff's permanent computer Record by Nina Kirchner director of sexual therapy program and she typed all real Truths into plaintiff's computer Record that plaintiff was no sex offender or a pediphile but this 7 member team Refuses for past 18 years to Remove Plies by a music teacher even after plaintiff informed Praveen about truth from a Real doctor because team forward one all loves lies not the truth even after plaintiff exposed all truths to Praveen in team meeting on 3-10-26 all 7 members of team still kept all lies by a music teacher on all Records and Refusing still to place total truths proved by plaintiff on 3-10-26 entered by a Real doctor Nina Kirchner, Phd, the 7 member team forward one thrives with all pleasure treating clients by all lies never the truth.

Now, plaintiff has not paid $405,00 filing fee, so; Nathan M. Graves,

— 13 —

can make complete 7 copies of total pages of this litigation and if there is a charge for doing all those copies please have Nathan Mr. Graves notify plaintiff what the total charge is and name that has to be on the check and address where to send the check.

Plaintiff has 7 complete copies of litigation done so each off the defendants being seven would since plaintiff hasn't paid filing fee, so; U.S. Marshall can deliver all 7 defendants copy of complete litigation, Please have U.S. Marshall send total cost of serving each defendant 7 of them and Praveen Nimmagadda; psychiatrist for ward one treatment team only is here on Tuesdays mornings will have to serve all 7 defendants on a Tuesday morning, all 7 defendants will at that time be in the conference room for ward one.

Staff many months ago told plaintiff that Praveen Nimmagadda, psychiatrist; was only at work on all Tuesdays mornings, so; to be safe plaintiff is requesting U.S. Marshall to serve all 7 defendants on a tuesday morning in the conference room for ward one,
— over, please —

-14-

For punitive damages all 7 defendants will have to be charged daily starting on 3-10-26 since plaintiff on that date notified Praveen Ninmagadda, psychiatrist while plaintiff was in team meeting for his monthly time to see team for March, 2026, notifying full 7 team members while talking truth to Praveen Ninmagadda, psychiatrist, that for about 18 years all team's had kept a music teacher writing all lies about plaintiff being a sex offender anda pediphile which plaintiff was notifying all 7 members of team for ward one to show plaintiff the federal law and the missouri state law that a music teacher can diagnsos someone a sex offender and a pediphile as plaintiff asked all 7 members of team ward one to see proof to plaintiff at that time many members of team for ward one all started yelling at plaintiff to shut up and leave the room, but plaintiff just talked louder that all 7 member of team ward one was violating totally not accepting the real doctor's order that plaintiff was no sex offender or a pediphile that he was arrested and prosecuted for being a sex harmer to his wife and that plaintiff in his

whole life was never before any judge in anywhere in the world for being a sex offender or a pediphile towards any children in the world proclaimed by the real doctor Nina Kirchner, Ph.d, director of sexual therapy programs in 2019, who totally wrote a complete manuals for sexual therapy classes her name on the bottom of each page and told plaintiff that he would still be in the sexual therapy classes since she included things concerning sexual harm to help out the plaintiff.

Again as all 7 members of team were yelling at plaintiff to shut up and leave the room is proof team wanted to still enforce a music teacher's findings against the plaintiff and to never recognize what the real doctor had declared in 2019 that plaintiff was no sex offender or a pediphile only a sexual harmer to his wife.

then Lindsey Theobald, RN, head nurse grabbed the shoulder of the plaintiff dragging plaintiff out into hallway and told plaintiff that he lost his t.v. sign up time for 24 hours for all talking he

-16-

did in the conference Room, then plaintiff started telling Lindsey what was told to all police officers including plaintiff about the U.S. Supreme Courts ruling of 1966 so officers would know when to arrest or not to arrest someone the rule was all American citizens could yell, cuss, call names at people, threaten people and just completely keep talking with never touching person they were talking to are protected by right of freedom of speech and could never be punished in any manner, but if they touched the one they were talking to they committed an assault and also be punished in any manner, when plaintiff was done talking never touching Lindsey RN head nurse she told plaintiff that since he was arguing with her he also lost his DVD player time also for 24 hours.

All complete 7 members of team for ward one only wants to live by lies proved by what has all happened that day.

Now back to punitive damages starting on 3-10-26 including weekends and holidays each team member will be charged $5,000.00 a day until all is put