OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Rex S. Gunther
1010 W Columbia St
Farmington, MO 63640

RECEIVED

MAR 23 2026

BY MAIL

SAINT LOUIS MO 630

18 MAR 2026PM 9 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Reference
New case
Needs case
Number and
Judge.

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO. 12615     WASHINGTON, DC

POSTAGE WILL BE PAID BY THE ADMINISTRATIVE OFFICE OF THE US COURTS

**THOMAS F EAGLETON US COURTHOUSE**
**CLERK US DISTRICT COURT**
**111 S 10TH ST STE 3.300**
**ST LOUIS  MO  63102-9958**

SRL

8/13/26 AG